PAYNE & FEARS LLP
Attorneys at Law
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware Limited Liability Company; ABM INDUSTRIES, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03665-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND TRANSFER MATTER TO ARBITRATION**<br><br>*(Filed concurrently with Joint Stipulation)* _____ |

# ORDER

Having read the stipulation of Plaintiff Curtis Williams and Defendants ABM Industry Groups, LLC, and ABM Industries, Inc. (the "Parties"), and GOOD CAUSE appearing therefor, the Court orders as follows:

(1) The putative class claims are dismissed without prejudice;

(2) Plaintiff is granted leave to amend the complaint in the above-titled action to add a cause of action for a representative PAGA claim;

(3) Plaintiff's individual claims, including Plaintiff's individual PAGA claim, shall be arbitrated pursuant to the terms of the Arbitration Agreement; and

(4) The action is hereby stayed pending such arbitration.

Dated: January 31, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
Laura Fleming, Bar No. 219287
Amy R. Patton, Bar No. 203877
Kathryn M. Querner, Bar No. 356035
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants ABM INDUSTRY GROUPS, LLC and ABM INDUSTRIES, INC.

Stuart H. Kluft
Kluft Law, P.C.
35 N. Lake Avenue, Suite 710
Pasadena, California 91101
Tel: 626.432.5422
Attorneys for Plaintiff CURTIS WILLIAMS

4919-7215-1310.2